UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:23-CR-00067-1-JRG-CRW |
| | ) |
| RAVEN SHANIECE WALTHALL | ) |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 12], in which Judge Wyrick recommends the Court accept Defendant's guilty plea to the charge in Count One of the Information [Doc. 1], adjudge her guilty of that charge, and permit her to remain on pretrial release pending sentencing. Neither party has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Count One of the information. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 2] until after it has received a presentence investigation report from the United States Probation Office. Defendant's request to remain on pretrial release pending her sentencing hearing is hereby **GRANTED**.

So ordered.

ENTER:

                                                  s/J. RONNIE GREER
                                            UNITED STATES DISTRICT JUDGE